[No. 45059-0-I.   Division One.   September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. A.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02307-4, John M. Darrah, J., entered July 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 43748-8-I.   Division One.   September 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINCLYN ALANDUS JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02774-2, Harriett M. Cody, J., entered October 26, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 45161-8-I.   Division One.   September 5, 2000.]

PAUL GATES, *Appellant*, v. THE SEATTLE ARCHDIOCESE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28495-3, Steven G. Scott, J., entered March 26, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Baker, JJ. Now published at 103 Wn. App. 160.

[No. 44160-4-I.   Division One.   September 5, 2000.]

SUSAN WEININGER, ET AL., *Appellants*, v. MARGARET ALLAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31035-1, Larry A. Jordan, J., entered February 10, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Ellington, J.